**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-7201**

UNITED STATES OF AMERICA,

             Plaintiff - Appellee,

      v.

DOYLE RAY MORGAN,

             Defendant - Appellant.

Appeal from the United States District Court for the Western District of North Carolina, at Asheville.  Martin K. Reidinger, District Judge.  (1:01-cr-00052-MR-11)

Submitted:  December 20, 2016      Decided:  December 22, 2016

Before GREGORY, Chief Judge, and WYNN and FLOYD, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Doyle Ray Morgan, Appellant Pro Se.  Jill Westmoreland Rose, United States Attorney, Charlotte, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Doyle Ray Morgan seeks to appeal his 2003 conviction and sentence for conspiracy to possess with intent to distribute cocaine and methamphetamine. In our consideration of Morgan's earlier appeal of the judgment, we affirmed. United States v. Morgan, 81 F. App'x 786 (4th Cir. 2003) (No. 03-4270). Because the instant appeal is duplicative and, in any event, is grossly untimely, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED